**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREGORY STENSTROM,**<br>*Plaintiff,*<br><br>**v.**<br><br>**DELAWARE COUNTY, et al.,**<br>*Defendants.* | **Civil No. 25-5399** |

**ORDER**

**AND NOW**, this 19th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 4), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's claims are **DISMISSED** without prejudice.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge